No. 12–5841. HERNANDEZ-CABEZAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5843. GASCA-CHAVEZ, AKA NAVARRO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5844. FERNANDEZ-AVINA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5845. FORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5846. RIVERA v. CITY OF CHELSEA, MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 12–5853. MATHIS v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 12–5854. JANGULA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5855. LAUGHLIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5856. SANDOVAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5862. AVANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5865. CAPOZZI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5867. IBEH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5870. FIGUEROA v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 12–5875. FIGUEROA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5885. HOLYFIELD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.